William Clifton, K55899
FSP B-1-225
P.O Box 2199
Blyth, Ca. 92226-2199

FILED
CLERK, U.S DISTRICT COURT
APR 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court
Central District of California

CV-08-5203-DC(R)

WILLIAM CLIFTON,
    Petitioner.

VS.

DEBRA DEXTER. al,
    Respondent.

TRAVERSE

Comes Now Petitioner in the above entitled Matter and States the Following: The U.S Supreme Court in Peters V. Kiff, 407 U.S 493 (1972) entitles petitioner to challenge his conviction where African Americans have been systematically excluded for his Jury under a due process claim. Rose V. Mitchell, 443 U.S. 545 (1979) permits a Federal Court to consider claims of racial discrimination. Holland V. Illinois, 493 U.S 4741 (1990) allows me to challenge the Batson error in my case.

Despite Respondents claim, the Record supports petitioner's position that Batson V. Kentucky 476 U.S. 79 (1986) error occurred. only two African Amer. were on the Jury Panel pool (1 Rt 194) and the Court dismissed one sua sponte and the prosecutor dismissed the other. David M. should not have dismissed and the half hearted attempt by the prosecutor to justify his position is as wrong as Respondents counsels attempt in this petition.

1

David M. Lived in the Santa Barbara area for 26 years and had been gainfully employed for years and prior jury experience is not mandated.

He cites, "If all 12 jurors had your mind set, whatever that may be, do you feel like the defendant and the People, the prosecutor and the defense would both be able to get a fair trial." (1 Rt. 87). David M. gave an honest answer as no one could be certain how the jurors would act.

His honest answer that he had been pulled over a few times and harrassed by the police reveals his honesty on the matter so no hidden or private agenda existed and he was just as honest when he declared he could give both sides a fair and impartial verdict (1 Rt. 121).

Respondent's Counsel wants this Court to notice he did not challenge the other African American on the jury. What he fails to state is the prosecutor had no opportunity to do so because the judge acted first. So to assert a challenge would not have occurred is pure speculation.

The record establishes that the prosecutor simply did not like young African American men who dressed in a manner that was personally offensive to him and the prosecutor was conducting his own type of "Racial Profiling" at Petitioner's expense. Which should offend this Honorable Court.

The fact that a state witness was "African American" is a meaningless assertion and has no merit. I am certain the prosecutor would have invited Colin Powell to lunch, but not the juror identified as David M. because of his dress style and hair style.

Petitioner asserts that his trial attorney did indeed establish a prima facie showing concerning David M's exclusion from his jury and that it was error to dismiss him.

2

Petitioner avers the factual circumstances of this case exceeds those in <u>Lewis v. Lewis</u>, 321 F.3d 24 (9th Cir. 2003) in which the Ninth Circuit reversed that conviction because a prosecutor improperly excluded a juror (as in Petitioner's case) which the Circuit Court determined to be unconstitutional.

Petitioner prays that this Honorable Court will find this reversable error and find Petitioner is entitled to a New Trial

Respectfully Submitted,

William Clifton

on this 8th day of April 2009.

*Proof of Service – Mail*

## PROOF OF SERVICE

Re:  Case Number  CV-08-5203-DOC(RC)
     Case Title  Traverse

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of  River Side  and my business/residence address is  P.O Box 2199 Blyth, Ca. 92226-2199

On  4-8-09 , I served the attached document described as a  Petition of writ of Habeous Corpus

on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in  Blyth , California, addressed as follows:

Mr David Zarmi
Ca. Deputy Attorney General
300 Spring Street
Los Angeles, Ca 90013

Clerk
U.S District Court
312 N. Spring Street
Los Angeles, Ca 90012-4797

I,  William Clyffe , declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 8Th 2009  at  Iron Wood State Prison, Blyth , California.

William Clyffe
Signature