UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. CLIFTON, aka BILL CLIFTON, aka WILLIAM CLIFTON, aka WILLIAM EDWARD CLIFTON,<br><br>　　　　Petitioner<br><br>vs.<br><br>DEBRA DEXTER, WARDEN,<br><br>　　　　Respondent. | Case No. CV 08-5203-DOC(RC)<br><br>(1) ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND<br><br>(2) ORDER DENYING CERTIFICATE OF APPEALABILITY |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a <u>de novo</u> determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and

1 dismissing the action with prejudice.

3     This Court finds an appeal would not be taken in good faith, and that petitioner has not made a substantial showing that he has been denied a constitutional right, for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge; accordingly, a certificate of appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

12     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

16 DATED:    October 12, 2010

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

R&Rs\08-5203.ado2
10/12/10

2