UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. CLIFTON, aka BILL CLIFTON, aka WILLIAM CLIFTON, aka WILLIAM EDWARD CLIFTON,<br><br>        Petitioner<br><br>vs.<br><br>DEBRA DEXTER, WARDEN,<br><br>        Respondent. | ) Case No. CV 08-5203-DOC(RC)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: October 12, 2010

                              /s/ David O. Carter
                              DAVID O. CARTER
                            UNITED STATES DISTRICT JUDGE

R&Rs\08-5203.jud
9/10/10